AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRITTNEY D. BOATWRIGHT, et al.,

    Plaintiffs,

v.

CANDICE L. BROCE, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 222-038

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 8, 2023, Plaintiffs concede that their official capacity claims for money damages are barred, so Defendants' motion to dismiss is granted as to those claims contained in Counts I, II, and III. Plaintiffs withdraw the portion of their complaint seeking to enjoin the related actions in the Superior Court and the Juvenile Court, so Defendants' motion to dismiss is granted as to these claims in Count IV. Because the Court must abstain from deciding Plaintiffs' other claims under the Younger Abstention Doctrine (*Younger v. Harris*, 401 U.S. 37 (1971)), Defendants' motion to dismiss is granted as to Plaintiffs' remaining claims contained in Counts I, II, III, and IV. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 8, 2023

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020